IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,  Plaintiff,  vs.  ERIC SHIELDS,  Defendant. | CV 25-30-M-KLD  ORDER |

    Defendant Eric Shields has filed an unopposed motion to stay this declaratory judgment action because the underling lawsuit has not been active and Defendant has yet to appear in that case. Accordingly, and good cause appearing,

    IT IS ORDERED that Defendant's motion (Doc. 23) is GRANTED and this case is STAYED. The July 6, 2026, bench trial and all pretrial deadlines are VACATED, including briefing deadlines on Plaintiff State Farm's motion for summary judgment.

//

//

//

1

IT IS FURTHER ORDERED that the parties shall file a joint status report on or before June 23, 2026.

DATED this 26th day of January, 2026.

                                                                              _____
Kathleen L. DeSoto
United States Magistrate Judge