IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC SHIELDS,<br><br>    Defendant. | CV 25-30-M-KLD<br><br><br>ORDER |

The Court has been notified that this case has settled. Accordingly,

IT IS ORDERED that on or before August 18, 2026 the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 17th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1